# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | | |
|---|---|---|
| ANDREW P. FLOOD, | ) | |
| | ) | |
|       **PETITIONER** | ) | |
| | ) | |
| v. | ) | CIVIL NO. 1:11-CV-281-P-H |
| | ) | |
| SCOTT JONES, | ) | |
| | ) | |
|       **RESPONDENT** | ) | |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On August 19, 2011, the United States Magistrate Judge filed with the court, with a copy to the petitioner, his Recommended Decision on 28 U.S.C. § 2254 Petition. The petitioner filed an objection to the Recommended Decision on August 26, 2011. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The petition is **DISMISSED WITHOUT PREJUDICE** to the petitioner's right to return to this forum after securing the permission to do so from the First Circuit Court of Appeals.

**SO ORDERED.**

DATED THIS 29TH DAY OF AUGUST, 2011

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**